**Form 727** [Ntc of Previous Discharge Ch13]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

| In re: | |
|---|---|
| Brandon Troye Wise and Lynsie Shantel Wise | Case No. 16−21475 RKM |
| Debtor(s). | Chapter 13 |

## NOTICE OF POSSIBLE PREVIOUS DISCHARGE

The Bankruptcy Court has a record of the above debtor(s) receiving a previous Chapter 7, 11 or 12 discharge in a case filed within the past four (4) years, or a previous Chapter 13 discharge in a case filed within the past two (2) years. The social security numbers in this case and the prior case(s) are identical or are similar. Please refer to 11 U.S.C. §1328(f)(1) or (2).

Case Number: 14−33501 (Chapter 7 filed in the District of Utah)
Filed on: 12/31/14
Discharge granted on: 4/29/15

Dated: March 2, 2016

David A. Sime
Clerk of Court

United States Bankruptcy Court
District of Utah

In re:  
Brandon Troye Wise  
Lynsie Shantel Wise  
    Debtors

Case No. 16-21475-RKM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: dlg     Page 1 of 1     Date Rcvd: Mar 02, 2016  
                 Form ID: f727     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2016.  
db/jdb        +Brandon Troye Wise,  Lynsie Shantel Wise,  133 E,  Helper, UT 84526-1203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2016           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2016 at the address(es) listed below:  
       Lon  Jenkins tr     ecfmail@ch13ut.org,  lneebling@ch13ut.org  
       Ryan E. Simpson    on behalf of Debtor Brandon Troye Wise ryanfreelesson@gmail.com,  ryan@bnkut.com  
       Ryan E. Simpson    on behalf of Joint Debtor Lynsie Shantel Wise ryanfreelesson@gmail.com,  ryan@bnkut.com  
       United States Trustee     USTPRegion19.SK.ECF@usdoj.gov  
                                        TOTAL: 4